

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**OFFICE OF THE CLERK**
U.S. COURTHOUSE
601 MARKET STREET ROOM 2609
PHILADELPHIA, PA 19106

CLERK'S OFFICE
215-597-7704

GEORGE WYLESOL
CLERK OF COURT

12/02/2022

Nancy Colbert
142 Pennsylvania Avenue
Phoenixville, PA 19460

22-cv-4830

Enclosed please find your Check/Money Order no. 1714_____ in the amount of $ 49_____
which we return for the following reason(s):

| | |
|---|---|
| ☐ | We request your case # in this court, EDPA, for proper posting |
| ☐ | Check was damaged / name or case number was illegible. |
| ☐ | Check must be payable to: Clerk, U.S. District Court |
| ☐ | Due to past NSF/bounced checks PAED does not accept personal checks from you. |
| ✔ | Check/money order is made out for the incorrect amount.  The correct fee is $ 402____. |
| ☐ | Temporary/Courtesy/Third-Party/Postdated checks are not acceptable. |
| ☐ | Checking Account has insufficient funds. |
| ☐ | Filing fee previously paid electronically via pay.gov, receipt no. _____ |
| ☐ | Other:_____ |

Unless you have already submitted a replacement payment, please send a corrected check

your earliest convenience.  Should you have any questions concerning this matter, please

contact the Finance Department.

Sincerely,
GEORGE WYLESOL, CLERK
/s/ Steve Tomas
By:

Revised July 2021