IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NANCY COLBERT,** | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 22-CV-4830 |
| | : | |
| **MIKE INNOCENZO,** *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 8th day of December, 2022, Plaintiff Nancy Colbert having initiated a civil action in this Court by filing a Verified Petition for Emergency *Ex Parte* Injunctive Relief (ECF No. 1)[1] without either paying the fees[2] to commence a civil action or filing a motion to proceed *in forma pauperis*, it is **ORDERED** that:

1.      If Ms. Colbert seeks to proceed with this case, she must, within thirty (30) days of the date of this Order, either (1) pay $402 (the $350 filing fee and $52 administrative fee) to the Clerk of Court, or (2) file a motion to proceed *in forma pauperis*.

2.      The Clerk of Court shall provide Ms. Colbert with an appropriate non-prisoner application to proceed *in forma pauperis*, bearing the civil action number of this case. Colbert

---

[1] Since her initial filing on December 1, 2022, Colbert has filed two amended versions of her petition. (*See* ECF Nos. 4 and 5.)

[2] The docket reflects that Ms. Colbert submitted a check or money order to the Clerk of Court in the amount of $49 which was returned to her on December 2, 2022 because it was made out for the incorrect amount. (*See* ECF No. 3.) The Clerk's correspondence to Colbert notes that the correct fee in this matter is $402. (*Id.*)

may use this form to seek leave to proceed *in forma pauperis* if she cannot afford to pay the fees to commence this case.[3]

3. If Ms. Colbert fails to comply with this Order, her case may be dismissed without further notice for failure to prosecute.

**BY THE COURT:**

s/Gene E.K. Pratter

**GENE E.K. PRATTER, J.**

---

[3] This form is available on the Court's website at http://www.paed.uscourts.gov/documents/forms/ifpl.pdf.