IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NANCY COLBERT,<br>    Plaintiff | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 22-CV-4830 |
| | : | |
| MIKE INNOCENZO, *et al.*,<br>    Defendants | : | |

### ORDER

AND NOW, this 27th day of January, 2023, in light of *pro se* Plaintiff Nancy Colbert's failure to either pay the fees to commence this civil action or file a motion to proceed *in forma pauperis* as directed by this Court's Order entered on December 8, 2022 and mailed to Ms. Colbert on December 9, 2022 (ECF No. 6), which (1) granted her thirty (30) days to do so and (2) warned her that if she failed to comply with the Order that this case would be dismissed without prejudice for failure to prosecute, it is **ORDERED** that:

1. Ms. Colbert's case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case for all purposes, including statistics.

BY THE COURT:

_____
GENE E.K. PRATTER, J.